AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| Bayou City Waterkeeper | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:20-CV-255 |
| U.S. Army Corps of Engineers, et al | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Colonel Timothy R. Vail, in his official capacity as District Engineer
U.S. Army Corps of Engineers, Galveston District
P.O. Box 1229
Galveston TX 77553-1229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kristen Schlemmer
Bayou City Waterkeeper
2010 N Loop W #103
Houston TX 77018
713-714-8442 x2
kristen@bayoucitywaterkeeper.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David J. Bradley, Clerk of Court*

Date: August 6, 2020

s/ *Signature of Clerk or Deputy Clerk*